UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| SHELLY MCNEILL, an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>MARNELL PROPERTIES, LLC, etc., *et al.*,<br><br>    Defendant. | 2:11-cv-0024-KJD-RJJ<br><br>SCHEDULING ORDER |

  This matter is before the undersigned Magistrate Judge on an Amended Stipulated Discovery Plan and Scheduling Order (#11).

  The Court having reviewed the Amended Stipulated Discovery Plan and Scheduling Order (#11) finds that the parties seek a discovery period which exceeds 180 days. Further, the Court finds that the parties have failed to state the reasons why a longer discovery deadline is requested as required by LR 26-1(d). Good cause appearing therefore,

  IT IS HEREBY ORDERED that the Amended Stipulated Discovery Plan and Scheduling Order (#11) is **DENIED.**

  IT IS HEREBY ORDERED that the following Scheduling Order is entered in this case:

<u>DISCOVERY</u>

  1. Discovery in this action shall be completed on or before September 26, 2011.

<u>MOTIONS</u>

  2. Disclosures specified in Fed. R Civ. P. 26(a)(2) shall be made on or before July 26, 2011, and disclosures respecting rebuttal experts shall be made on or before August 26."4233.

3.  On or before July 26, 2011, the parties shall file an Interim Status Report as required by LR 26-3, stating the time estimated for trial, three alternative dates for trial, and whether or not trial will be proceeding or affected by substantive motions.

4.  Dispositive motions in this matter shall be filed on or before October 26, 2011.

## EXTENSIONS OF DISCOVERY

5.  An extension of the discovery deadline will not be allowed without a showing of good cause as to why all discovery was not completed within the time allotted. All motions or stipulations to extend discovery shall be received by the Court at least **twenty (20) days** prior to the date fixed for completion of discovery by this Amended Scheduling Order or at least **twenty (20) days** prior to the expiration of any extension thereof that may have been approved by the Court. The motion or stipulation shall include:

    a.  A statement specifying the discovery completed by the parties as of the date of the motion or stipulation;

    b.  A specific description of the discovery which remains to be completed;

    c.  The reasons why such remaining discovery was not completed within the time limit of the existing discovery deadline; and,

    d.  A proposed schedule for the completion of all remaining discovery.

## PRETRIAL ORDER

6.  If no dispositive motions have been filed within the time frame specified in this Order, then the parties shall file a written, joint proposed Pretrial Order by November 28, 2011.  If dispositive motions are filed, then the parties shall file a written, joint proposed Pretrial Order within 30 days of the date the Court enters a ruling on said dispositive motions.

7.  The disclosures required by Fed. R. Civ. P. 26(a)(3) and any objections thereto shall be included in the pretrial order.

DATED this __28th__ day of June 2011.

_____
UNITED STATES MAGISTRATE JUDGE